UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>YOSEMITE FALLS CAFE, INC., et al.,<br><br>        Defendants. | Case No. 1:17-cv-01455-LJO-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE |

Having reviewed the parties' stipulation to continue the initial scheduling conference (Doc. 19), IT IS HEREBY ORDERED that the Scheduling Conference is continued from 3/29/2018 to **Thursday, June 27, 2018 at 8:30 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated**:  March 20, 2018**                                    /s/ Barbara A. McAuliffe
                                                                                             UNITED STATES MAGISTRATE JUDGE